18 August 2015

To: Christoper Prine
Fourteenth Court of Appeals
301 Fannin STE 245
Houston, Texas 77002

To: Chris Daniles
Harris County Dist. Clerk
P.O. Box 4651
Houston, TX 77210-4651

(Cover Letter)

Dear Clerks,
Please, Enclosed find the following:

RE: 2014-68893 Stuled Jimmy Diaz Plaintiff V.
A.m. Stringfellow Unit, etal.

* Plaintiff's letter of inquiry this court does not
have jurisdiction over the Appeal 1 copy each.
Correct Errors,

* Would you please file these Pleading Promptly with
14th Court of Appeals And Harris County Dist. Court

* Please provide copies to all parties, in this matter
Thank you for your time, and Corporation

sincerely
Submitted

Jimmy Diaz #1737301
(R1) Unit
1100 Fm. Rd. Roshron Tx
77583

(1)

18 August 2015

TO: CHRIS DANIEL
HARRIS County DISTRICT CLERK,
P.O. BOX 4651
HOUSTON, TEXAS 77210-4651

FILED IN
14th COURT OF APPEALS
HOUSTON TEXAS

AUG 20 2015

CHRISTOPHER A. PRINE
CLERK



TO: CHRISTOHPER A. PRINE
CLERK, FOURTEENTH COURT
OF APPEALS 301
Fannin SUITE 245
HOUSTON, TX 77002

## LETTER OF INQUIRE

MAILED
8/19/15

DEAR CLERK,

RE: Jimmy Diaz V. A.m. Stringfellow Unit Facility, etd;
Cause Known: 2014-68893.

I am my own Attorney of the record in a Pro
Se; Capacity without aid of Counsel in the above
numbered and Cause No. will show the following
letter of inquire

1. This Case was Pending DISTRICT Court of HARris County DISTRICT 215th JUDICIAL DISTRICT
Honorable, ELAINE H. PALMER Presiding JUDGE;

1.

HONORABLE ELIANE H. PALMER, Wrongful Applied the law Dismissal Plaintiff mr. Diaz, Civil Rights Claims.

2. Plaintiff mr. Diaz he received Dismissal on Are about July 11, 2015 Cause No. 201468893, he did file his Notice of Appeal was filed To GERARD RICKHOFF, County CLERK BEXAR County Courthouse 100 DOLOROSA, STE, 104 SAN ANTONIO, TEXAS 78205-3083 being Pro Se; Capacity Wrog Court.

3. Plaintiff mr. Diaz intention was to file his Notice of Appeal United States DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS DIVISION, The HONORABLE CLERK, Chris DANIELS did not forewarded my Appeal to the propper Court, Abused of discrection.

4. I Jimmy Diaz, Plaintiff he filed his Civil Rights Complaint, Pursuant 42 U.S.C. § 1983. on July 13, 2015;

2.

TO THE HONORABLE Clerk, MAUREEN SCOTT, FRANCO. IN THE United States DISTRICT FOR THE WESTERN DISTRICT OF TEXAS WESTERN DIVISION. SAN ANTONIO. TEXAS

5. The Fourteenth Court OF Appeals 301 FANNIN STE 245 HOUSTON. TEXAS 77002 does NOT have Jurisdiction Over the Appeal Style Cause No. Jimmy Diaz V. A.m. STRINGfellow Unit, etal.

## I.
## UNSWORN DECLARATION BY AN INMATE

I Jimmy Diaz hereby declare and depose Pursuant 28. U.S.C. §1746 that the foregoing statement made in this document are true and correct to the best of my Knowledge ENTED EXCUTED; On this day of 18 day of August 2015

respectfully Submitted
PRoSe,
Jimmy Diaz #1737301
RAMSEY Unit
1100 FM Rd
Rosharon, TX 77583

(3).

# II.
## CERTIFICATE OF SERVICE

I, Jimmy Dinz, hereby certify that a copy of the foregoing document instrument letter of inquiry Cause No. 2014-68893 RE: Notice of Appeals, Fourteenth Court of Appeals 301 Fannin STE 245 Houston TFX 77002 does Not have subject matter Jurisdiction over this Appeal, was served by U.S. mail U.S. Postal From Prison mail Box on this day of 18th any of August 2015, Signed on this day (Parties served Address follows).

Submitted
Jimmy Dinz #1732021
Jimmy Dinz
Ramsey Unit
1100 FM Rd
Rosharon TX 77583

CHRIS DANiels
Harris County Dist Clerk,
P.O. Box 4651
Houston, TX 77210-4651

P: 1-4 END/letter of Inquiry,

(4)